**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Domino LLC,<br><br>Plaintiff,<br><br>v.<br><br>CBRE, Inc.,<br><br>Defendant. | ) | CASE NO. 2:25-cv-12895-DCN<br><br>**NOTICE OF SETTLEMENT** |

Defendant hereby notifies the Court that the parties have resolved all outstanding issues and are in the process of memorializing the settlement. Defendant anticipates that this process will be complete within 60 days and the parties will thereafter file a stipulation of dismissal with prejudice. Defendant is not aware of any reason the Court should not enter a Rubin Order.

Respectfully submitted,

s/ Jennifer H. Thiem
Jennifer H. Thiem (Fed. ID No. 9797)
Email: jennifer.thiem@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC 29401
Phone: (843) 579-5600
Fax: (843) 579-5601

ATTORNEY FOR DEFENDANT CBRE, INC.

January 5, 2026
Charleston, South Carolina