UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Domino LLC,<br><br>Plaintiff,<br><br>v.<br><br>CBRE, Inc.,<br><br>Defendant. | CASE NO.: 2:25-CV-12895-DCN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that this matter and all claims asserted herein are dismissed, with prejudice, with each party to bear its own attorney's fees and costs except as otherwise agreed in writing by the parties.

*/s/ Ian S. Ford*
Ian S. Ford (Fed Bar No. 9057)
Ainsley F. Tillman (Fed Bar No. 12847)
FORD WALLACE THOMSON LLC
715 King Street
Charleston, SC 29403
Telephone: (843) 277-2011
Email: Ian.Ford@FordWallace.com
Email: Ainsley.Tillman@FordWallace.com
*Attorneys for Plaintiff Domino LLC*

*/s/ Jennifer H. Thiem*
Jennifer H. Thiem (Fed Bar No. 9797)
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC 29401
Telephone: 843.579.5600
Facsimile: 843.579.5601
E-mail: jennifer.thiem@klgates.com
*Attorneys for Defendant CBRE, Inc.*

March 20, 2026
Charleston, South Carolina